UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHA TYSON,

      Plaintiff,

                                          Case No. 11-10852
v.                                             Hon. Lawrence P. Zatkoff

RBS CITIZENS, NA, Doing business
as Citizens Bank, and CCO MORTGAGE,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Court's order for Plaintiff to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction [dkt 4]. On March 2, 2011, Plaintiff filed a motion for temporary restraining order, in which Plaintiff sought to enjoin foreclosure proceedings conducted pursuant to a sheriff's sale of Plaintiff's real property. The Court denied Plaintiff's motion due to lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine and ordered Plaintiff show cause as to why her complaint should not be dismissed for the same reason. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923). Plaintiff did not timely respond to the Court's order to show cause. Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

                S/Lawrence P. Zatkoff
                LAWRENCE P. ZATKOFF
                UNITED STATES DISTRICT JUDGE

Dated: April 13, 2011

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 13, 2011.

                S/Marie E. Verlinde
                Case Manager
                (810) 984-3290